# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvin Figueroa Mejia,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Luis Rosas, Jr., et al.,<br><br>　　　　　Respondents. | No. CV-26-00487-PHX-DWL (CDB)<br><br>**ORDER** |

In their response to the OSC, Respondents clarify that they "do not oppose Petitioner's request for release at this time." (Doc. 8 at 1.)

**IT IS ORDERED** that:

1. The petition (Doc. 1) is **granted**.

2. Respondents must immediately release Petitioner from custody under the same conditions that existed before detention.

3. Respondents must provide a notice of compliance within three business days of Petitioner's release.

4. The Clerk shall enter judgment in Petitioner's favor and close this case.

Dated this 5th day of February, 2026.

_____
Dominic W. Lanza
United States District Judge